**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO. 15-61701-CIV-GAYLES/WHITE**

**WILLIAM ELIENIST,**

      Petitioner,

v..

**JOEL T. MICKELSON,**

      Respondent.
_____/

**ORDER**

**THIS MATTER** was referred to the Honorable Patrick A. White, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b)(1)(B) and Administrative Order 2003-19 of this Court, for a ruling on all pre-trial, non-dispositive matters and for a Report and Recommendation on any dispositive matters [ECF No. 3].  On August 18, 2015, Judge White issued a Report of Magistrate Judge ("Report") [ECF No. 8] recommending that the Court deny without prejudice Petitioner William Elienist's ("Petitioner") petition for writ of habeas corpus filed pursuant to 28 U.S.C. §2241.

When a magistrate judge's "disposition" has properly been objected to, district courts must review the disposition *de novo*.  FED. R. CIV. P. 72(b)(3).  If no party timely objects, however, "the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."  FED. R. CIV. P. 72 advisory committee's notes (citation omitted).  Petitioner has not objected to the report.

The Court has reviewed the Report for clear error and is in full agreement with Judge White's comprehensive analysis and recommendations.  Petitioner challenges his continued

detention by the Department of Homeland Security, Bureau of Immigration and Customs Enforcement.  However, as Judge White indicated in his Report, Petitioner filed his habeas petition within the six-month removal period.  Therefore, his petition is premature.  *See Akinwale v. Ashcroft*, 287 F.3d 1050, 1051-52 (11th Cir. 2002).  Based thereon, it is

**ORDERED AND ADJUDGED** that the Report of Magistrate Judge [EFC No. 8] is **ADOPTED**.  Petitioner's Petition for Writ of Habeas Corpus is **DENIED without prejudice** to Petitioner's right to file a future petition if circumstances change.  It is further

**ORDERED AND ADJUDGED** that is case is **CLOSED.**

**DONE AND ORDERED** in Chambers at Miami, Florida, this 11th day of September, 2015.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE